UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

August Technology Corporation,
and Rudolph Technologies, Inc.

      Plaintiffs,

v.                                                     MEMORANDUM OPINION
                                                              AND ORDER
                                                         Civil No. 05-1396

Camtek Ltd.,

      Defendant.

_____

      Ernest W. Grumbles, Merchant & Gould, for and on behalf of Plaintiffs.

      Michael E. Florey, Fish & Richardson, P.C., for and on behalf of Defendant.

_____

      This matter is before the Court upon Defendant's request to file a motion

for reconsideration.

      The Local Rules provide that a motion to reconsider can only be filed with

the Court's express permission, and then, only "upon a showing of compelling

circumstances." L.R. 7.1(g). The district court's decision on a motion for

reconsideration rests within its discretion. Hagerman v. Yukon Energy Corp.,

839 F.2d 407, 413 (8th Cir. 1988).

> Motions for reconsideration serve a limited function: to correct
> manifest errors of law or fact or to present newly discovered
> evidence. Such motions cannot in any case be employed as a vehicle

to introduce new evidence that could have been adduced during
pendency of the summary judgment motion. The nonmovant has an
affirmative duty to come forward to meet a properly supported
motion for summary judgment. . . . Nor should a motion for
reconsideration serve as the occasion to tender new legal theories for
the first time.

Id. at 414 (citation omitted).  The Court has reviewed its January 2, 2008 Order

and concludes that it contains no manifest errors of law or fact.

IT IS HEREBY ORDERED that Defendant's request to file a motion for

reconsideration is DENIED.

Date: January 22, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court