UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| August Technology Corporation, and<br>Rudolph Technologies, Inc.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Camtek Ltd.,<br><br>        Defendant. | Civil No.:  05 CV 1396 (MJD/AJB) |

**CAMTEK LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW
OF NO LOST PROFITS AND A NEW TRIAL OR REMITTITUR
REGARDING REASONABLE ROYALTY**

Pursuant to Federal Rules of Civil Procedure 50(b) and 59, Defendant Camtek Ltd. ("Camtek") respectfully moves this Court for (1) judgment as a matter of law that Plaintiffs August Technology Corp. and Rudolph Technologies, Inc. are not entitled to lost profits; and (2) a new trial or remittitur based upon a five percent reasonable royalty.

Camtek's motion is supported by:  (1) the Federal Rules of Civil Procedure; (2) the files and records in this action; (3) the facts, points, and authorities set forth in the accompanying Memorandum; (4) the concurrently-filed Declaration of Michael F. Autuoro in Support of Camtek Ltd.'s Motion for Judgment as a Matter of Law of No Lost Profits and a New Trial or Remittitur Regarding Reasonable Royalty, with exhibits, and (5) any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated:  September 14, 2009						FISH & RICHARDSON P.C.

 /s/ Michael F. Autuoro
Michael Florey (MN 214322)
(florey@fr.com)
Ann Cathcart Chaplin (MN 284865)
(cathcartchaplin@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, Minnesota 55402
Telephone:  (612) 335-5070
Facsimile:   (612) 288-9696

David Francescani (admitted *pro hac vice*)
(francescani@fr.com )
Edmond R. Bannon (admitted *pro hac vice*)
(bannon@fr.com)
John D. Garretson (admitted *pro hac vice*)
(garretson@fr.com)
Michael F. Autuoro (admitted *pro hac vice*)
(autuoro@fr.com)
FISH & RICHARDSON P.C.
601 Lexington Avenue - 52nd Floor
New York, NY  10022
Telephone:  (212) 765-5070
Facsimile:   (212) 258-2291

Attorneys for Defendant
CAMTEK LTD.