UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

August Technology Corporation, and
Rudolph Technologies, Inc.,

        Plaintiffs,

v.

Camtek Ltd.,

        Defendant.

Civil No.:  05 CV 1396 (MJD/AJB)

**DECLARATION OF MICHAEL F. AUTUORO IN SUPPORT OF CAMTEK LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO LOST PROFITS AND A NEW TRIAL OR REMITTITUR REGARDING REASONABLE ROYALTY**

I, Michael F. Autuoro, do hereby declare as follows:

1. I am an attorney in the law firm Fish & Richardson P.C., counsel for Camtek Ltd. ("Camtek").  I have personal knowledge of the facts stated herein and would testify to them under oath if called upon to do so.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the trial transcripts in this case.

4. Attached hereto as Exhibit 2 is a true and correct copy of Defendant's trial exhibit number DX-194.

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's trial exhibit number DX-178.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendant's trial exhibit number DX-1035.

7. Attached hereto as Exhibit 5 is a true and correct copy of Defendant's trial exhibit number DX-198.

8. Attached hereto as Exhibit 6 is a true and correct copy of Defendant's trial exhibit number DX-184.

9. Attached hereto as Exhibit 7 is a true and correct copy of Defendant's trial exhibit number DX-195.

10. Attached hereto as Exhibit 8 is a true and correct copy of Defendant's trial exhibit number DX-742.

11. Attached hereto as Exhibit 9 is a true and correct copy of Defendant's trial exhibit number DX-187.

12. Attached hereto as Exhibit 10 is a true and correct copy of Defendant's trial exhibit number DX-1028.

13. Attached hereto as Exhibit 11 is a true and correct copy of Defendant's trial exhibit number DX-201.

14. Attached hereto as Exhibit 12 is a true and correct copy of Defendant's trial exhibit number DX-930.

15. Attached hereto as Exhibit 13 is a true and correct copy of the unreported decision *Lampi Corp. v. Am. Power Prods., Inc.*, 2004 WL 1656547 (N.D. Ill. July 22, 2004).

16. Attached hereto as Exhibit 14 is a true and correct copy of the unreported decision *Avocent Huntsville Corp. v. ClearCube Tech., Inc.*, 2006 WL 2109503 (N.D. Ala. July 28, 2006).

Executed this 14th day of September, 2009, at New York, New York.

/s/ Michael F. Autuoro
Michael F. Autuoro
admitted pro hac vice
(autuoro@fr.com)