## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| August Technology Corporation, a Delaware corporation, and Rudolph Technologies, Inc., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>Camtek Ltd., a foreign corporation,<br><br>            Defendant. | **Case No.:  05-1396 MJD/AJB** |

**DECLARATION OF JOSEPH E. LEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CAMTEK'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO LITERAL INFRINGEMENT AND CAMTEK'S ALTERNATIVE MOTION FOR A NEW TRIAL ON LITERAL INFRINGEMENT;**

**CAMTEK'S MOTION FOR JUDGMENT AS A MATTER OF LAW, REMITTITUR, OR A NEW TRIAL ON DAMAGES; AND**

**CAMTEK'S MOTION FOR JUDGMENT AS A MATTER OF LAW THAT THE '6,298 PATENT CLAIMS ARE INVALID AND ALTERNATIVE MOTION <u>FOR A NEW TRIAL</u>**

I, Joseph E. Lee, declare as follows:

1.      I am an attorney with Merchant & Gould, P.C., counsel for Plaintiffs August Technology Corporation and Rudolph Technologies, Inc. in the above-captioned matter.  I make this declaration on my own information, knowledge and belief.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Trial Exhibit No. 1; U.S. Patent No. 6,826,298.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Trial Exhibit No. 57; Falcon User Guide AT0084100.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Trial Exhibit No. 65; Finished Wafers and Post-Dicing Inspection.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Trial Exhibit No. 70; Camtek Application Release Notes SW Version # 5.3.2.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Trial Exhibit No. 88; Falcon User Guide AT0084101.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Trial Exhibit No. 758; Drawing by Elmer Gardiola.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Trial Exhibit No. 765; "When the illuminator strobes depends, in part, on the rate of change of the position of the wafer."

9.      Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Trial Exhibit No. 766; "When the illuminator strobes depends, in part, on the rate of change of the position of the wafer."

10.     Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Trial Exhibit No. 770; Velocity graphs.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Plaintiffs' Trial Exhibit No. 790; hand drawing of wafer.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' Trial Exhibit No. 795; "The Falcon Strobes Based Solely on Position."

13.     Attached hereto as Exhibit 12 is a true and correct copy of Defendant's Trial Exhibit No. 1045; Demonstrative of Expert Testimony of David L. Adler, Ph.D.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Trial Exhibit No. 799; "Chau would miss many 2nd optical defects."

15.     Attached hereto as Exhibit 14 is a true and correct copy of Defendant's Trial Exhibit No. 255; Weekly Update for the Week of January 6, 2002.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Defendant's Trial Exhibit No. 295; U.S. Patent No. 5,859,698.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Plaintiffs' Trial Exhibit No. 59; MEP in 2004 - Turns Fact to SEMI.

18.     Attached hereto as Exhibit 17 is a true and correct copy of Plaintiffs' Trial Exhibit No. 104; Q3 FY05 Sales Activity Report.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Plaintiffs' Trial Exhibit No. 110; Competitive Analysis.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Plaintiffs' Trial Exhibit No. 168; Camtek's Annual Report for 2004.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Plaintiffs' Trial Exhibit No. 180; Camtek's Annual Report for 2005.

22.     Attached hereto as Exhibit 21 is a true and correct copy of Plaintiffs' Trial Exhibit No. 239; Email dated January 19, 2004 from Tommy Weiss regarding Competition Status.

23.     Attached hereto as Exhibit 22 is a true and correct copy of Plaintiffs' Trial Exhibit No. 492; Lost Order Report for Texas Instruments.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Plaintiffs' Trial Exhibit No. 494; Lost Order Report for Allegro Microsystems.

25.     Attached hereto as Exhibit 24 is a true and correct copy of Plaintiffs' Trial Exhibit No. 495; Lost Order Report for Flip Chip Technology DSD.

26.     Attached hereto as Exhibit 25 is a true and correct copy of Plaintiffs' Trial Exhibit No. 498; Lost Order Report for Flip Chip.

27.     Attached hereto as Exhibit 26 is a true and correct copy of Plaintiffs' Trial Exhibit No. 502; Lost Order Report for Micron Boise, ID.

28.     Attached hereto as Exhibit 27 is a true and correct copy of Plaintiffs' Trial Exhibit No. 521; Lost Order Report for Delphi – Delco Systems.

29.     Attached hereto as Exhibit 28 is a true and correct copy of Plaintiffs' Trial Exhibit No. 557; Lost Order Report for Micron.

30.     Attached hereto as Exhibit 29 is a true and correct copy of Plaintiffs' Trial Exhibit No. 558; Lost Order Report for Texas Instruments.

31.     Attached hereto as Exhibit 30 is a true and correct copy of Plaintiffs' Trial Exhibit No. 559; Lost Order Report for Camtek.

32.     Attached hereto as Exhibit 31 is a true and correct copy of Plaintiffs' Trial Exhibit No. 563; Lost Order Report for Camtek.

33.     Attached hereto as Exhibit 32 is a true and correct copy of Plaintiffs' Trial Exhibit No. 570; Lost Order Report for Camtek.

34.     Attached hereto as Exhibit 33 is a true and correct copy of Plaintiffs' Trial Exhibit No. 575; Camtek Installations.

35.     Attached hereto as Exhibit 34 is a true and correct copy of Plaintiffs' Trial Exhibit No. 370; Screen Capture from NSX Video.

36.     Attached hereto as Exhibit 35 is a true and correct copy of Plaintiffs' Trial Exhibit No. 499, Lost Order Report from Infineon Porto.

37.     Attached hereto as Exhibit 36 is a true and correct copy of Plaintiffs' Trial Exhibit No. 121, E-mail dated July 19, 2003.

38.     Attached hereto as Exhibit 37 is a true and correct copy of Plaintiffs' Trial Exhibit No. 471, Camtek Customer Spreadsheet.

39.     Attached hereto as Exhibit 38 is a true and correct copy of Defendant's Trial Exhibit No. 930, Declaration of Chris Gerling.

40.     Attached hereto as Exhibit 39 is a true and correct copy of Plaintiffs' Trial Exhibit No. 475, Camtek Sales Budget.

41     Attached hereto as Exhibit 40 is a true and correct copy of Plaintiffs' Trial Exhibit No. 476, Camtek Sales Budget.


Date:  October 19, 2009                    s/Joseph E. Lee
                                           Joseph E. Lee

5