UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

August Technology Corporation,
a Delaware corporation, and
Rudolph Technologies, Inc., a Delaware
corporation,

           Plaintiffs,

v.

Camtek Ltd., a foreign corporation,

           Defendant.

**ORDER**
Civil File No. 05-1396 (MJD/AJB)

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated November 17, 2010. [Docket No. 683]. Defendant Camtek has filed objections to the Report and Recommendation. [Docket No. 688]. Pursuant to statute, the Court has conducted a de novo review of the record, including all transcripts filed and exhibits submitted to the Court. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation, with the exception that, in the last sentence of the second

1

paragraph on page 6 of the Report and Recommendation the language "35 U.S.C. § 285" is replaced with "35 U.S.C. § 284".

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated November 17, 2010 [Docket No. 683].

2. Plaintiff's Brief in Support of Request for Supplemental Damages [Docket No. 627] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Plaintiff is awarded supplemental damages in the amount of $645,946;

    b. Plaintiff is granted leave to bring such additional motions for supplemental damages as are supported by Plaintiff's post-verdict discovery; and

    c. Plaintiff's motion is denied in all other respects.

Dated: January 7, 2011  s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court