## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RUDOLF TECHNOLOGIES, INC., | Civil No. 05-1396 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| CAMTEK, LTD., | |
| Defendant. | |

_____

Thomas R. Johnson, William D. Schultz, Daniel W. McDonald, Joseph E. Lee, and Rachel C. Hughey, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN  55402, for plaintiffs.

Sarah J. Guske and Wayne O. Stacy, **COOLEY LLP**, 380 Interlocken Crescent, Suite 900, Broomfield, CO  80021; Thomas J. Friel, Jr., **COOLEY LLP**, 101 California Street, Fifth Floor, San Francisco, CA  94111; Mark T. Smith, **COOLEY LLP**, 3175 Hanover Street, Palo Alto, CA  93404; and Vincent J. Fahnlander and William F. Mohrman, **MOHRMAN, KAARDAL & ERICKSON**, 150 South Fifth Street, Suite 3100, Minneapolis, MN  55402, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 21, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorneys' fees (Docket No. 1018) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 16, 2015                   ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                             United States District Judge