UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rudolph Technologies, Inc., a Delaware corporation, | ) ) ) Case No.: 05-CV-01396 (JRT/FLN) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Camtek Ltd., a foreign corporation, | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF RUDOLPH TECHNOLOGIES, INC.'S MOTION
TO EXECUTE ON SUPERSEDEAS BOND**

Pursuant to Federal Rule of Civil Procedure 65.1, Plaintiff Rudolph Technologies, Inc. ("Rudolph") respectfully moves this Court for an Order to execute on supersedeas bond no. 09185259 from surety Zurich American Insurance Company ("Zurich"). In February 2006, Rudolph acquired August Technology Corporation, making Rudolph the proper party to execute on the supersedeas bond and collect judgment from Zurich.

The grounds for this motion are set forth and supported in the accompanying Memorandum of Law and supporting papers filed herewith, and all of the files, records and proceedings herein.

**Rudolph Technologies, Inc.**

By its Attorneys,

Dated: March 14, 2016

s/ Daniel W. McDonald
Daniel W. McDonald (MN #168580)
William D. Schultz (MN #0323482)
Thomas R. Johnson (MN #0242032)
Joseph E. Lee (MN #329071)
Rachel C. Hughey (MN #328042)
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081