UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rudolph Technologies, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Camtek Ltd., a foreign corporation,<br><br>Defendant. | Case No.: 05-CV-01396 (JRT/FLN) |

### DECLARATION OF THOMAS R. JOHNSON IN SUPPORT OF PLAINTIFF RUDOLPH TECHNOLOGIES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXECUTE ON SUPERSEDEAS BOND

I, Thomas R. Johnson, declare and state as follows:

1. I am an attorney at Merchant & Gould, P.C., counsel for Plaintiff Rudolph Technologies, Inc. ("Rudolph") in the above-captioned matter. I make this declaration on my own information, knowledge and belief.

2. I am admitted to practice law in the State of Minnesota and in this Court.

3. Attached as Exhibit A is a true and correct copy of supersedeas bond no. 09185259, executed by principal Camtek Ltd. ("Camtek") and surety Zurich American Insurance Company ("Zurich"). This bond was filed with the Court in this matter on March 10, 2015 pursuant to an Order dated March 5, 2015. (*See* Dkt. Nos. 1027, 1030.)

4. Rudolph has received no payments from Camtek for the February 10, 2015 judgment in this case.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  March 14, 2016                              s/Thomas R. Johnson
                                                    Thomas R. Johnson

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BOND NO. 09185259

| | |
|---|---|
| August Technology Corporation, and Rudolph Technologies, Inc., ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 05-CV-01396 (JRT/FLN) |
| v. ) ) | |
| Camtek Ltd., ) ) | |
| Defendant. ) ) | |

We, Camtek Ltd., as principal, and Zurich American Insurance Company, as surety, are held and firmly bound unto Rudolph Technologies, Inc. in the maximum aggregate sum of $15,000,000.00, to be paid to Rudolph Technologies, Inc., its successors, executors, administrators and assigns; to which payment, to be made, we bind ourselves, our heirs, executors, and administrators, jointly and severally by this document.

The Court has ordered a stay of execution of or any proceedings to enforce the judgment rendered in this action pending the disposition of the appeal of Camtek Ltd. from the judgment for Rudolph Technologies, Inc., provided that Camtek Ltd. give a bond in the maximum aggregate sum of $15,000,000.00, conditioned for the satisfaction of the judgment in full with interest, costs and damages for delay, if the judgment is finally sustained.

The condition of this obligation is such, that if Camtek Ltd. shall prosecute the appeal to effect and shall satisfy the judgment in full together with interest and costs if for any reason the appeal is denied, or shall satisfy in full such modification of the judgment and costs and interest as may be finally determined by a final, unappealable judgment, then this obligation is to be void; otherwise to remain in full force and effect. In no event shall the liability of the surety exceed the maximum aggregate penal sum of this bond.

Provided, however, that regardless of the number of years this bond is in force, the liability of the surety shall not be cumulative and shall not exceed the maximum penal sum set forth above.

In Presence of

_____
Witness

_____
Witness, Vivian Carti

Principal: Camtek Ltd.,

By: _____
WILLIAM F. MOHRMAN, Title as Attorney in fact solely on behalf of Camtek, Ltd.

Zurich American Insurance Company

By: _____
Cynthia Farrell, Attorney-in-Fact

## ACKNOWLEDGEMENT OF SURETY

STATE OF     NEW YORK     )

CITY OF     NEW YORK     ) SS:

COUNTY OF     NEW YORK     )

On this 6th day of March in the year 2015, before me personally came to me known, who, being by me duly sworn, did depose and say that Cynthia Farrell he/<u>she</u> resides in New York, New York that he/<u>she</u> is the Attorney-in-Fact of Zurich American Insurance Company the corporation described in and which executed the above instrument; and that he/<u>she</u> signed his/<u>her</u> name thereto by order of the Board of Directors of said Corporation.

*Evangelina L. Dominick*
Notary Public or Commissioner of Deeds

EVANGELINA L. DOMINICK
Notary Public - State of New York
NO. 01DO4769474
Qualified in Westchester County
My Commission Expires 1/31/2019

# PRINCIPAL'S ACKNOWLEDGMENT

State of MINNESOTA

County of HENNEPIN

On 3/9/2015 before me, Gregory M. Erickson personally appeared WILLIAM F. MOHRMAN, as attorney in fact solely on behalf of Cantek, Ltd., who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of MINNESOTA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal) 3-9-15   Signature _____



GREGORY ERICKSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

# ZURICH AMERICAN INSURANCE COMPANY
# COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
# FIDELITY AND DEPOSIT COMPANY OF MARYLAND
# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **GERALD F. HALEY, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Vivian CARTI, Debra A. DEMING, Cynthia FARRELL, Sandra DIAZ, Jessica IANNOTTA, Annette LEUSCHNER, Edward REILLY, Kelly O'MALLEY and Evangelina L. DOMINICK, all of New York, New York, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, this 18th day of November, A.D. 2014.

ATTEST:

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND



By: _____    _____
Assistant Secretary              Vice President
Eric D. Barnes                   Gerald F. Haley

**State of** Maryland
City of Baltimore

On this 18th day of November, A.D. 2014, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **GERALD F. HALEY, Vice President, and ERIC D. BARNES, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Maria D. Adamski, Notary Public
My Commission Expires: July 8, 2015

POA-F 093-5030B

## EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

## CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this 6TH day of March, 2015.

  

Thomas O. McClellan, Vice President

## ZURICH AMERICAN INSURANCE COMPANY
## COMPARATIVE BALANCE SHEET
ONE LIBERTY PLAZA, 165 BROADWAY, 32nd FLOOR, NEW YORK, NY 10006
As of December 31, 2013 and December 31, 2012

|  | 12/31/2013 | 12/31/2012 |
|---|---|---|
| **Assets** |  |  |
| Bonds | $ 18,990,565,123 | $ 18,907,466,866 |
| Preferred Stock | - | - |
| Common Stock | 2,411,755,638 | 2,123,025,432 |
| Other Invested Assets | 2,505,133,631 | 2,035,077,824 |
| Short-term Investments | 327,019,081 | 126,053,209 |
| Receivable for securities | 123,767,865 | 134,410,839 |
| Cash and cash equivalents | (65,045,469) | 728,298,115 |
| Securities lending reinvested collateral assets | 208,060,537 | 225,335,750 |
| Employee Trust for Deferred Compensation Plan | 142,420,097 | 130,493,778 |
| Total Cash and Invested Assets | $ 24,643,676,503 | $ 24,410,161,814 |
|  |  |  |
| Premiums Receivable | $ 3,358,946,105 | $ 3,649,247,239 |
| Funds Held with Reinsurers | 2,383,155 | 3,681,443 |
| Reinsurance Recoverable | 391,812,478 | 215,451,507 |
| Accrued Investment Income | 113,886,701 | 121,729,727 |
| Federal Income Tax Recoverable | 940,033,456 | 930,267,731 |
| Due from Affiliates | 183,852,738 | 187,274,289 |
| Other Assets | 549,410,052 | 493,265,075 |
| Total Assets | $ 30,184,001,188 | $ 30,011,078,824 |
|  |  |  |
| **Liabilities and Policyholders' Surplus** |  |  |
| Liabilities: |  |  |
| Loss and LAE Reserves | $ 13,894,112,327 | $ 14,244,436,264 |
| Unearned Premium Reserve | 4,321,146,577 | 4,159,670,241 |
| Funds Held with Reinsurers | 185,460,548 | 212,412,675 |
| Loss In Course of Payment | 357,922,606 | 408,170,112 |
| Commission Reserve | 68,132,284 | 64,038,359 |
| Federal Income Tax Payable | 290,773,995 | 16,190,044 |
| Remittances and Items Unallocated | 111,710,550 | 196,410,982 |
| Payable to parent, subs and affiliates | 154,428,297 | 57,540,814 |
| Provision for Reinsurance | 43,942,761 | 66,649,220 |
| Ceded Reinsurance Premiums Payable | 807,651,125 | 551,510,878 |
| Securities Lending Collateral Liability | 208,060,537 | 225,335,750 |
| Other Liabilities | 1,942,241,242 | 2,166,453,164 |
| Total Liabilities | $ 22,385,582,849 | $ 22,368,818,502 |
|  |  |  |
| Policyholders' Surplus: |  |  |
| Common Capital Stock | $ 5,000,000 | $ 5,000,000 |
| Paid-In and Contributed Surplus | 4,394,131,321 | 4,394,131,321 |
| Surplus Notes | - | 430,000,000 |
| Special Surplus Funds | 34,865,000 | 43,259,000 |
| Cumulative Unrealized Gain | 505,136,565 | 331,857,594 |
| Unassigned Surplus | 2,859,285,454 | 2,438,012,408 |
| Total Policyholders' Surplus | $ 7,798,418,339 | $ 7,642,260,323 |
|  |  |  |
| Total Liabilities and Policyholders' Surplus | $ 30,184,001,188 | $ 30,011,078,824 |

I, Dennis F. Kerrigan, Corporate Secretary of ZURICH AMERICAN INSURANCE COMPANY do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2013, according to the best of my information, knowledge and belief.

_(signature)_
Corporate Secretary

State of Illinois
County of Cook } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg, this 15th day of March, 2014.

_(signature)_
Notary public

OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014